# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALESIA DIANE BRADLEY,**

      **Plaintiff,**

**v.**                                                Case No:   6:17-cv-1439-Orl-22PRL

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's appeal of the Commissioner of Social Security's decision denying her application for Social Security Disability benefits.

The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 25, 2018 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Commissioner's decision denying Plaintiff's application for Social Security Disability benefits is hereby AFFIRMED under sentence four of 42 U.S.C. §405(g).

3. The Clerk is directed to enter judgment, accordingly, and CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 16, 2018.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties